Charlyn Greene
c/o P.O, Box 275
Napoleon, North Dakota [58561]
(702) 491-4800

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CHARLYN GREENE©™, <br> Petitioner <br> v <br> NATIONSTAR MORTGAGE LLC d/b/a <br> MR COOPER, *et.al.,* <br> MTC FINANCIAL, INC. d/b/a TRUSTEE <br> CORPS, *et.al.,* TRUSTEE CORPS., *et.al.,* <br> And all persons unknown, claiming any <br> legal or equitable right, title, estate, lien, <br> or interest in the property described in the <br> claim adverse to Petitioner's title, or any <br> cloud upon Petitioner's title thereto. <br> Doe's 1 through 25, <br> Respondent (s) | MOTION FOR SUMMARY <br> DEFAULT JUDGMENT <br> ie: CONFESSED JUDGMENT <br><br> CASE NO: 1:24-cv-87 |

**MOTION FOR SUMMARY DEFAULT JUDGMENT**
**ie: CONFESSED JUDGEMENT**

  **COMES NOW,** the Petitioner, **CHARLYN GREENE©™** , (hereinafter "Petitioner") and pursuant to Fed. R. Civ. P. 56, moves for entry of a summary default judgment by the Court against Respondents **NATIONSTAR MORTGAGE LLC d/b/a MR COOPER,** *et.al.,* **MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS,** *et.al.,* (hereinafter "Respondents") for failure to respond/defend/prove that there are any material facts in dispute. Petitioner is entitled to judgment and enforcement thereof as a matter of law. Respondents were given due process throughout the complete and private administrative process and Respondents "said nothing" then and has agreed to the "Confessed Judgment" of the foregoing Claim/Motion/Memorandum and Exhibits without further delay, hearings, or court proceedings.

  Respondents were defaulted out by an officer of the state as referenced by the 'Notice of Default and Opportunity to Cure' on November 27, 2023 (exhibit 3-2). Respondents have failed to prove there is any material facts in dispute pursuant to Fed. R. Civ. P. 56.

  **WHEREFORE,** Petitioner respectfully requests that this Court enter a Summary Default Judgment in accordance with the law and the facts on the record.

Dated: July 30, 2024            By: _____
                     Charlyn Greene
                     c/o P.O. Box 275
                     Napoleon, ND [58561]
                     (702)491-4800
                     csgreene@protonmail.com