Tyler Wirick, NDBA #10014
Jason Tingle, NDBA #09918
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Tel: 801-355-2886
Email: jtingle@hwmlawfirm.com; tylerw@hwmlawfirm.com

Attorneys for: Defendants Nationstar Mortgage, LLC d/b/a Mr. Cooper and MTC Financial, Inc. d/b/a Trustee Corp.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charlyn Greene<br><br>**Plaintiff,**<br>v.<br><br>Nationstar Mortgage, LLC d/b/a Mr. Cooper, MTC Financial, Inc. d/b/a Trustee Corp, and all persons unknown claiming any legal or equitable right, title estate, lien, or interest in the property described in the claim adverse to Petitioner's title, or any cloud upon Petitioner's title thereto. Doe's 1 through 25,<br><br>**Defendants.** | CASE NO. 1:24-cv-00087-CRH<br><br>**AMENDED MOTION TO DISMISS BY MTC FINANCIAL INC. d/b/a TRUSTEE CORP. and TRUSTEE CORP.** |

Defendants, MTC Financial Inc. d/b/a Trustee Corp. and Trustee Corp. (hereinafter "MTC" and "Trustee Corp." respectively), by and through their counsel, Jason Tingle and Tyler Wirick of the law firm Halliday, Watkins & Mann, P.C. hereby submit this Amended

ND21647

Motion to Dismiss[1] the Bill in Equity Claim and Summary of Detailed Motion in Support of Petition for Quiet Title and Request for Judicial Review of Administrative Process and Request for Summary Judgment (hereinafter "Complaint") filed by Charlyn Greene. This Motion is made pursuant to Fed. R. Civ. P. 12 and on the grounds that it fails to state a claim upon which relief can be granted and was filed in the wrong venue. Furthermore, even if the Complaint had been filed in the correct venue, dismissal would be proper based on lack of diversity of citizenship.

    Dated: September 16, 2024

                                                Halliday, Watkins & Mann, P.C.

                                                /s/*Jason Tingle*
Jason Tingle (NDBA #09918)
Tyler Wirick (NDBA #10014)
376 East 400 South, Suite 300
Salt Lake City, UT 84111
801-355-2886
tylerw@hwmlawfirm.com
jtingle@hwmlawfirm.com
*Attorneys for MTC Financial, Inc. d/b/a Trustee Corp. and Trustee Corp.*

---

[1] The original Motion to Dismiss was filed on June 18, 2024, as Dkt. No. 11

ND21647

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on September 16, 2024, I filed the foregoing Motion to Dismiss via the CM/ECF filing system.

I FURTHER CERTIFY that on June 18, 2024, I mailed copies of the Motion to Dismiss via U.S. Mail, postage pre-paid to the following:

Charlyn Greene
P.O. Box 275
Napoleon, ND 58561

                                         */s/ Tyler Wirick*
                                         Tyler Wirick