**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Justin D. Balser
justin.balser@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618
Telephone:   949.622.2700
Facsimile:    949.622.2739

*Attorneys for Defendant*
*Nationstar Mortgage LLC d/b/a Mr. Cooper*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CHARLYN GREENE,<br><br>Petition,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, et al., MTC FINANCIAL, INC., d/b/a TRUSTEE CORPS, et al., TRUSTEE CORPS., et al., and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the claim adverse to Petitioner's title, or any cloud upon Petitoner's title thereto. Doe's 1 through 25,<br><br>Respondent(s). | Case No.:   1:24-CV-00087-CRH<br><br>**DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR ORAL ARGUMENT**<br><br>D.N.D. Civ. L.R. 7.1(E) |

Pursuant to D.N.D. Civ. L.R. 7.1(E), Respondent Nationstar Mortgage LLC d/b/a Mr. Cooper moves this Court to set oral argument on the following pending motions:

1. Nationstar's Motion to Dismiss for Failure to State a Claim for Relief (Dkt. 23); and

2. Nationstar's Motion Motion for Summary Judgment (Dkt. 42).

303411814v1

Dated this 24th day of October 2024.

                    TROUTMAN PEPPER
                    HAMILTON SANDERS LLP

                    */s/ Justin D. Balser*
                    Justin D. Balser
                    100 Spectrum Center Drive, Suite 1500
                    Irvine, California 92618
                    Telephone: 949.622.2700
                    Email: justin.balser@troutman.com

                    *Attorneys for Respondent*
                    *Nationstar Mortgage LLC d/b/a Mr. Cooper*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2024, I caused to be served a true and correct copy of the foregoing **DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR ORAL ARGUMENT** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written:

> Charlyn Greene
> P.O. Box 275
> Napoleon, ND 58561

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below:

> Charlyn Greene     csgreene@protonmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

> */s/ Carla Llarena*
> An employee of
> Troutman Pepper Hamilton Sanders LLP