Charlyn Greene
c/o P. O. Box 275
Napoleon, ND [58561]
(702)491-4800
csgreene@protonmail.com

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **CHARLYN GREENE©™,** ) | PETITIONER'S MOTION IN |
| Petitioner ) | SUPPORT OF STRIKING ALL FILINGS |
| v ) | BY RESPONDENTS PURSUANT TO |
| NATIONSTAR MORTGAGE LLC d/b/a ) | FED. R. E. 403, 603, 601, 602, 103 (a) (1) (A) (B) |
| MR COOPER, *et.al.*, ) | AND MOTION FOR SUMMARY JUDGMENT |
| MTC FINANCIAL, INC., d/b/a TRUSTEE ) | PURSUANT TO FED. R. CIV. P. 56 |
| CORPS, *et.al.*, TRUSTEE CORPS., *et.al.*, ) | (a) (B) (2) (4) (e) (3) AND FED. R. CIV. P. 12 (c) |
| And all persons unknown, claiming any ) | |
| legal or equitable right, title, estate, lien, ) | |
| or interest in the property described in the ) | |
| claim adverse to Petitioner's title, or any ) | |
| cloud upon Petitioner's title thereto ) | CASE NO.: 1:24-cv-00087-CRH |
| Doe's 1 through 25, ) | |
| Respondent (s) ) | |
| _____) | |

Pursuant to Fed. R. E. 403, 603, 601, 602, 103 (a) (1) (A) (B) and Fed. R. Civ. P. 56 (a) (B) (2) (4) (e) (3) and Fed. R. Civ. P. 12 (c), Petitioner Charlyn Greene moves the Honorable Court to Grant the following motion:

Petitioner's Motion in Support of Striking all Filings by Respondents Pursuant to Fed. R. E. 403, 603, 601, 602, 103 (a) (1) (A) (B) and Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (a) (B) (2) (4) (e) (3) and Fed. R. Civ. P. 12 (c).

Petitioner moves the Court to Deny all motions filed by Respondents pursuant to Fed. R. E. 403, 603, 601, 602, 103 (a) (1) (A) (B) and Fed. R. Civ. P. 56 (a) (B) (2) (4) (e) (3) and Fed. R. Civ. P. 12 (c). This motion is supported by the Petitioner's affidavit and memorandum of points and authorities filed simultaneously with this motion and all the other motions and memorandums and exhibits that are currently on the record.

This motion is fully briefed and ready for the Courts ruling.

Dated this 29th day of October, 2024

By: /s/Charlyn Greene
Charlyn Greene, Pro Se
c/o P.O. Box 275
Napoleon, ND [58561]
(702)491-4800
csgreene@protonmail.com
All rights reserved, without recourse