Charlyn Greene
c/o P. O. Box 275
Napoleon, ND [58561]
(702)491-4800
csgreene@protonmail.com

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CHARLYN GREENE©™, )<br>Petitioner )<br>v )<br>NATIONSTAR MORTGAGE LLC d/b/a )<br>MR COOPER, *et.al.,* )<br>MTC FINANCIAL, INC. d/b/a TRUSTEE )<br>CORPS, *et.al.,* TRUSTEE CORPS.,*et.al.,* )<br> )<br>And all persons unknown, claiming any )<br>legal or equitable right, title, estate, lien, )<br>or interest in the property described in the )<br>claim adverse to Petitioner's title, or any )<br>cloud upon Petitioner's title thereto )<br>Doe's 1 through 25, )<br>Respondent (s) )<br>_____ ) | PETITIONER'S MOTION TO STRIKE<br>ALL ATTORNEY FILINGS AND<br>COMPEL VERIFIED CORPORATE<br>COMPLIANCE IN EQUITY<br><br><br><br><br>CASE NO.: 1:24-cv-00087-CRH |

**PETITIONER'S MOTION TO STRIKE ALL ATTORNEY FILINGS AND COMPEL
VERIFIED CORPORATE COMPLIANCE IN EQUITY**

COMES NOW, Petitioner, Charlyn Greene, a living woman and sole executor, appearing in Equity as the sole injured party with firsthand knowledge and standing, and moves this Court to strike all pleadings, motions, and filings submitted by Respondents' legal counsel for lack of standing in Equity and procedural invalidity. This case stands on a perfected administrative judgment entered into the record unrebutted and certified — a sealed private record that now demands public enforcement. Jurisdiction is already perfected. The presentment now speaks for itself. This matter is *res judicata* — final, conclusive, and no longer open for argument. The role of this Equity Court is now purely ministerial: to execute the perfected obligation without delay, as Equity does not sit to contemplate what is already lawfully established — it sits only to enforce it.

**I. ATTORNEYS HAVE NO STANDING IN EQUITY**

1). Standing in Equity is not a technicality — it is jurisdictional. Once judgment is perfected and default entered, only the party obligated may appear and solely to comply. Equity admits no third-

d). **ISSUE** any necessary additional orders to ensure compliance and performance without further participation by unjoined parties.

This Equity Court is not asked to deliberate, only to enforce. The record is sealed. Respondent's silence is not merely procedural — it is a forfeiture of standing. In this jurisdiction, where Equity governs and the clean record speaks, no man or entity may appear without lawful authority. Counsel has not rebutted, not answered, and not entered by right. To permit further intrusion is not advocacy — it is breach. The Court must now preserve the sanctity of Equity by removing what has no place to stand. Let it be done in silence, for the silence has already spoken. Respectfully submitted,

Dated this 1st day of April, 2025

By: /s/Charlyn : Greene
Charlyn : Greene, Executor and Real Party in Interest
Appearing in Equity, with Clean Hands
Living Woman and Holder if the Private Record
All rights reserved, without prejudice, without recourse
c/o P.O. Box 275
Napoleon, ND [58561]
(702)491-4800
csgreene@protonmail.com